### D. Sidney POTTER, Plaintiff–Appellant,

v.

### SUNTRUST BANK; Randstad US, L.P., Defendants–Appellees,

and

William Rogers; Linda Galipeau; Christine Miles; Reginald Ford; Margaret Slaughter; Charmaine Surgeon; Julie Hardy, Defendants.

No. 15–2074.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 19, 2015.

D. Sidney Potter, Appellant Pro Se. Nancy S. Lester, James Clay Rollins, Ogletree Deakins Nash Smoak & Stewart, PC, Richmond, Virginia, for Appellees.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

D. Sidney Potter appeals the district court's order dismissing this case under Fed.R.Civ.P. 37(b)(2)(A)(v), 47(b) for failure to prosecute. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Potter's informal brief does not challenge the basis for the district court's disposition, Potter has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*